```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 05096
    CAMILLE PORTER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8597

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 05/05/2006 and was confirmed 06/28/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was complete no cert/debt ed 03/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CENTRIX FINANCIAL LLC      SECURED          11433.00       2878.09       11433.00
AMERICAN EXPRESS CENTURI   UNSECURED         2643.98           .00        2643.98
AMERICAN EXPRESS CENTURI   UNSECURED         2158.56           .00        2158.56
BARONS CREDITORS SERVICE   UNSECURED        NOT FILED          .00             .00
BUREAU OF COLLECTION REC   UNSECURED        NOT FILED          .00             .00
CAPITAL ONE                UNSECURED         1843.81           .00        1843.81
CATHERINES                 UNSECURED        NOT FILED          .00             .00
AT & T WIRELESS            UNSECURED        NOT FILED          .00             .00
CITIBANK                   UNSECURED        NOT FILED          .00             .00
PREMIER BANCARD CHARTER    UNSECURED          452.08           .00         452.08
HSBC                       UNSECURED          561.15           .00         561.15
WORLD FINANCIAL NETWORK    UNSECURED          500.81           .00         500.81
ECAST SETTLEMENT CORP      UNSECURED         9178.77           .00        9178.77
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED         5893.92           .00        5893.92
SPIEGEL                    UNSECURED        NOT FILED          .00             .00
TARGET NATIONAL BANK       UNSECURED          328.02           .00         328.02
WORLD FINANCIAL NETWORK    UNSECURED          462.03           .00         462.03
CENTRIX FINANCIAL LLC      UNSECURED             .65           .00            .65
NATIONAL CHECK BUREAU      UNSECURED        NOT FILED          .00             .00
B-REAL LLC                 UNSECURED          894.79           .00         894.79
CB USA INC                 NOTICE ONLY      NOT FILED          .00             .00
ANDERSON FINANCIAL NETWO   NOTICE ONLY      NOT FILED          .00             .00
NATIONAL CHECK BUREAU      NOTICE ONLY      NOT FILED          .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                        3,196.67
DEBTOR REFUND              REFUND                                         1,078.03

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05096 CAMILLE PORTER
```

```
TRUSTEE                             45,504.36

PRIORITY                                                    .00
SECURED                                               11,433.00
    INTEREST                                           2,878.09
UNSECURED                                             24,918.57
ADMINISTRATIVE                                         2,000.00
TRUSTEE COMPENSATION                                   3,196.67
DEBTOR REFUND                                          1,078.03
                                    ---------------   ---------------
TOTALS                              45,504.36         45,504.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/16/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 06 B 05096 CAMILLE PORTER